# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-2249

_____

Kristoffer R. Bryan

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner, Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: February 5, 2015
Filed: February 9, 2015
[Unpublished]

_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Kristoffer R. Bryan appeals the district court's[1] order affirming the denial of supplemental security income. For reversal, Bryan argues that (1) the Administrative

_____

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.

law Judge's (ALJ's) residual functional capacity determination was not supported by substantial evidence and failed to account adequately for his mental impairments; (2) the ALJ erroneously failed to find that his bipolar disorder and personality disorder were severe impairments; and (3) the ALJ erroneously failed to find that his affective disorder met or medically equaled Listing 12.04. Following careful review of the parties' submissions and the record before us, we conclude that each of Bryan's arguments lacks merit. This is because substantial evidence in the record as a whole supports the ALJ's findings regarding residual functional capacity, the severity of Bryan's impairments, and his failure to meet listing requirements. Accordingly, we affirm the district court's judgment. See 8th Cir. R. 47B.

———————————————